NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


FARRIS McELREATH,                    )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No.  2D18-303
                                     )
ANNA ALMEIDA GONZALEZ,               )
                                     )
          Appellee.                  )
_____ )

Opinion filed March 22, 2019.

Appeal from the Circuit Court for
Hillsborough County; Paul L. Huey, Judge.

Annabel C. Majewski of Wasson &
Associates, Chartered, Miami; and
Dorothy S. Towne of Dottie Towne,
Attorney at Law, Tampa, for Appellant.

DeeAnn J. McLemore and Charles W.
Hall of Banker Lopez Gassler, P.A., St.
Petersburg, for Appellee.



PER CURIAM.

          Affirmed.



SILBERMAN, LUCAS, and ATKINSON, JJ., Concur.